IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LISA F. TYLER, as Personal Representative of the Estate of Donald P. Tyler, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACT. NO. 2:20-cv-584-ECM |
| FORD MOTOR COMPANY, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**NOTICE TO THE PARTIES**

It has come to the Court's attention that while she has presided over this case, in a managed account, she owned stock in Defendant Ford Motor Company. Her ownership of stock neither affected nor impacted any decision in this case. Moreover, she has since divested herself of any Ford Motor Company stock.

By this notice, the undersigned recuses from this action pursuant to Canon 3C(1) of the Code of Conduct for United States Judges..

The Clerk of the Court is DIRECTED to randomly reassign this case.

DONE this 14th day of July, 2021.

                                          /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE